RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KENYON L. CALDWELL | CIVIL ACTION NO. 10-0526 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DOUG LAMBERT / OFFICER | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 18] filed by Defendant Doug Lambert is hereby **GRANTED**, and Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 25 day of July, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE